Paul R. Rosenbaum, SBN 167299
**ROSENBAUM & ASSOCIATES**
3580 Wilshire Blvd., Ste. 1260
Los Angeles, CA 90010
Telephone: (323) 900-0500
Facsimile: (323) 686-5371
Email: paul@prrlawyers.com

JS-6

Attorneys for Defendant SWEETZER BUILDING
(Erroneously sued as FOUNTAIN VALLEY SQUARE)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ROCCA, | Case No. 8:15-cv-00832-AG-PJW |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| FOUNTAIN VALLEY SQUARE, Does 1 through 10, inclusive, | |
| Defendant. | |

Case No. 8:15-cv-00832-AG-PJW

- 1 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's cross motion for summary judgment filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant on Plaintiff's claims for relief on the American with Disabilities Act, and his remaining state law claims be DISMISSED WITHOUT PREJUDICE to be filed in the Superior Court for the State of California.  The Court orders that such judgment be entered.

Date: March 24, 2016

Hon. Andrew J. Guilford
United States District Judge